**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: J.B., A MINOR    :   No. 90 WAL 2018
                                             :
                                             :
PETITION OF: M.J.A.G., MOTHER      :   Petition for Allowance of Appeal from
                                             :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.